**F I L E D**
CLERK, U.S. DISTRICT COURT

04/10/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>RAYMOND JOSEPH CLAYDON,<br>  aka "RJ" and<br>RODNEY LEE FOUST,<br>  aka "Rodney Faust,"<br><br>              Defendants. | SA CR No. 8:24-cr-00045-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C § 922(a)(1)(A): Engaging<br>in the Business of Dealing in<br>Firearms Without a License;<br>18 U.S.C. § 2(a): Aiding and<br>Abetting] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.    Estate Jewelry Exchange Corp., a California corporation doing business as "OC Guns" ("OC Guns"), was a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code.  OC Guns' retail store was located in Lake Forest, California.

2.   Defendant RAYMOND JOSEPH CLAYDON, also known as ("aka") "RJ," was the responsible party for purposes of OC Guns' federal license.

3.   Defendant RODNEY LEE FOUST, aka "Rodney Faust," did not have a federal firearms license issued by the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and thus was not licensed to import, manufacture, or deal in firearms.

4.   Co-Conspirator-1 did not have a federal firearms license issued by ATF, and thus was not licensed to import, manufacture, or deal in firearms.

5.   The Grand Jury re-alleges these Introductory Allegations into each count of this Indictment.

COUNT ONE

[18 U.S.C. § 371]

[ALL DEFENDANTS]

A.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until at least on or about December 15, 2021, in Orange County, within the Central District of California, and elsewhere, defendants RAYMOND JOSEPH CLAYDON, also known as ("aka") "RJ," and RODNEY LEE FOUST, aka "Rodney Faust," together with Co-Conspirator-1 ("CC-1"), knowingly conspired and agreed with each other and others known and unknown to the Grand Jury to commit an offense against the United States, namely, engaging in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant FOUST, CC-1, and others, with defendant CLAYDON's knowledge and often with defendant CLAYDON's express approval, would purchase firearms or arrange for third-party straw buyers to purchase firearms knowing that the straw buyers would falsely certify in completing the transactions that they were bona fide purchasers of the firearms.

2.   For firearms purchased outside of California, defendant FOUST, CC-1, and others would transport or arrange to transport the firearms to OC Guns in California in order to resell them there.

3

1    3.    Defendants CLAYDON and FOUST, CC-1, and others would resell

2  or arrange for the resale of the firearms at a significantly

3  increased price in California, with the transactions often occurring

4  a short time after the firearms were originally purchased outside

5  California, making the transactions falsely appear to be bona fide

6  private consignment sales through OC Guns; they would sell these guns

7  at inflated prices primarily because the firearms were generally

8  restricted from ordinary retail sale in California under state law.

9    4.    Defendant CLAYDON received a percentage of the proceeds

10  from all such firearms sales at OC Guns and would pay the remaining

11  sums to defendant FOUST, CC-1, or the other unlicensed dealers.

12    5.    Defendant CLAYDON facilitated and caused other OC Guns

13  personnel to facilitate the resale of the firearms at OC Guns,

14  knowing that the firearms' increased price was due to the fact that

15  the sale of such firearms was restricted in California and knowing

16  that, OC Guns as a federal firearms licensee, could not sell the

17  firearms directly from OC Guns' inventory to non-law enforcement

18  customers.

19  C.    OVERT ACTS

20    On or about the following dates, in furtherance of the

21  conspiracy and to accomplish the object of the conspiracy, defendants

22  CLAYDON and FOUST, and CC-1, and others known and unknown to the

23  Grand Jury, committed various overt acts within the Central District

24  of California, and elsewhere, including, but not limited to, the

25  following:

26    Overt Act No. 1:    On February 1, 2020, at OC Guns' retail

27  store, defendant CLAYDON accepted for consignment from defendant

28  FOUST a Sig Sauer, model P365, 9mm caliber pistol, bearing serial

number 66A435997, that defendant FOUST purchased in Ohio on December 24, 2019 and a Glock, model 44, .22 caliber pistol, bearing serial number ADUR579, that defendant FOUST purchased in Ohio on January 23, 2020.

Overt Act No. 2:   On March 21, 2020, in text messages, defendant CLAYDON arranged for CC-1 to purchase between five and ten Glock, model 19, 9mm caliber pistols.

Overt Act No. 3:   During a series of text messages in June 2020, CC-1 informed defendant CLAYDON that CC-1 had access to 11 Glock firearms that were available from an out-of-state firearms business, which CC-1 would have at OC Guns within three days for resale to defendant CLAYDON's customers.  Four days later, defendant CLAYDON informed CC-1 that he had just received one of the firearms, that the firearms would sell for $1,000 each at OC Guns, and that CC-1 should purchase the remaining Glock firearms, adding, "Tag it. Sell It.  Make us some money.  Thank you [CC-1]."

Overt Act No. 4:   On August 26, 2020, in text messages, defendant CLAYDON arranged for CC-1 to purchase outside the state of California, four new Glock, model 19, Generation 5, 9mm caliber pistols.  Specifically, after CC-1 informed defendant CLAYDON that CC-1 had access to the four firearms and asked if defendant CLAYDON wanted them, defendant CLAYDON responded, "I do!"

Overt Act No. 5:   On September 9 and 10, 2020, at OC Guns' retail store, defendant CLAYDON accepted for consignment from a relative of CC-1, three Glock, model 19, Generation 5, 9mm caliber pistols, bearing serial numbers BHNV377, BNKR314, and BNKR318 and a Glock, model 19, Generation 4, 9mm caliber pistol, bearing serial number ABSM307.

<u>Overt Act No. 6:</u>   On November 20, 2020, at OC Guns' retail store, defendant CLAYDON accepted for consignment from defendant FOUST seven firearms that defendant FOUST's relative purchased in Ohio on November 20, 2020, namely, a Sig Sauer, model 320, 9mm caliber pistol, bearing serial number 58J106889, two Sig Sauer, model Hellcat, 9mm caliber pistols, bearing serial numbers BY441346 and BY487167, a Glock, model 45, 9mm caliber pistol, bearing serial number BRKR470, a Glock, model 19, Generation 5 pistol, bearing serial number BRFE690, a Glock, model 17, Generation 5 pistol, bearing serial number BRPT925, and a CZ, model Shadow 2, 9mm caliber pistol, bearing serial number D357822.

<u>Overt Act No. 7:</u>   On December 24, 2020, in text messages, defendant CLAYDON arranged for CC-1 to purchase Ruger, model EC9s, 9mm caliber pistols for $395 each outside the state of California. During the text message exchange, defendant CLAYDON initially informed CC-1 that he (defendant CLAYDON) may have trouble selling the firearms.  However, after CC-1 informed defendant CLAYDON that the firearms were selling for $350 each at the out-of-state firearms business, defendant CLAYDON responded, "Oh yeah.  I can sell them. That's a good price."

<u>Overt Act No. 8:</u>   On June 12, 2021, in text messages, defendant CLAYDON directed CC-1 to purchase a Smith & Wesson, model Shields, 9mm caliber pistol.

<u>Overt Act No. 9:</u>   Between June 25 and July 6, 2021, an OC Guns employee accepted for consignment 12 firearms from CC-1, namely, a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66B495897, two Sig Sauer, model P365X, 9mm caliber pistols, bearing serial numbers 66B336500, and 66A990842, two FN, model 509, 9mm

1   caliber pistols, bearing serial numbers GKS0046685 and GKS0174104,

2   three Glock, model 43X, 9mm caliber pistols, bearing serial numbers

3   BTTY676, BSAR964 and BTTE206, a Sig Sauer, model P365XL, 9mm caliber

4   pistols, bearing serial number 66B623035, a Glock, model 19X, 9mm

5   caliber pistol, bearing serial number BSLG460; a Glock, model 45, 9mm

6   caliber pistol, bearing serial number BSAZ403, and a Smith & Wesson,

7   model Shield, 9mm caliber pistol, bearing serial number RER0761.

8       Overt Act No. 10:   On July 16, 2021, an OC Guns employee

9   accepted for consignment from CC-1 a CZ, model Shadow 2, 9mm caliber

10   pistol, bearing serial number F070388, that defendant CLAYDON knew

11   from text messages that CC-1 ordered for defendant CLAYDON.

COUNT TWO

[18 U.S.C. §§ 922(a)(1)(A), 2(a)]

[ALL DEFENDANTS]

Beginning in at least 2017, and continuing to at least December 1, 2021, in Orange County, within the Central District of California, and elsewhere, defendants RAYMOND JOSEPH CLAYDON, also known as ("aka") "RJ," and RODNEY LEE FOUST, aka "Rodney Faust," and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully engaged in the business of dealing in firearms without being a licensed importer, manufacturer, or dealer of firearms, specifically, the purchase and re-sale of the following firearms, on or about the following dates:

| PURCHASE DATE | RE-SALE DATE | FIREARM |
|---|---|---|
| 12/19/2019 | 3/16/2020 | a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number NRA013697 |
| 12/19/2019 | 4/18/2020 | a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66A627128 |
| 12/19/2019 | 4/22/2020 | a Springfield Armory, model Hellcat, 9mm pistol, bearing serial number AT259415 |
| 12/24/2019 | 3/2/2020 | a Sig Sauer, model P365, 9mm pistol, bearing serial number 66A435997 |
| 1/23/2020 | 7/24/2020 | a Glock, model 44, 22 caliber pistol, bearing serial number ADUR579 |
| 11/20/2020 | 12/2/2020 | a Sig Sauer, model Hellcat, 9mm caliber pistol, bearing serial number BY441346 |
| 11/20/2020 | 12/5/2020 | (1) a Sig Sauer, model 320, 9mm caliber pistol, bearing serial number 58J106889; (2) a Glock, model 19, Generation 5 pistol, bearing serial number BRFE690; and (3) a CZ, model Shadow 2, 9mm caliber pistol, bearing serial number D357822 |

8

| PURCHASE DATE | RE-SALE DATE | FIREARM |
|---|---|---|
| 11/20/2020 | 1/26/2021 | a Glock, model 45, 9mm caliber pistol, bearing serial number BRKR470 |
| 11/20/2020 | 2/24/2021 | a Sig Sauer, model Hellcat, 9mm caliber pistol, bearing serial number BY487167 |
| 11/20/2020 | 5/18/2021 | a Glock, model 17, Generation 5 pistol, bearing serial number BRPT925 |

9

COUNT THREE

[18 U.S.C. §§ 922(a)(1)(A); 2(a)]

[DEFENDANT CLAYDON]

Beginning in at least 2016, and continuing to at least December 15, 2021, in Orange County, within the Central District of California, and elsewhere, defendant RAYMOND JOSEPH CLAYDON, also known as "RJ," Co-Conspirator-1, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully engaged in the business of dealing in firearms without being a licensed importer, manufacturer, or dealer of firearms, specifically, the purchase and re-sale of the following firearms, on or about the following dates:

| PURCHASE DATE | RE-SALE DATE | FIREARM(S) |
|---|---|---|
| 4/28/2021 | 7/13/2021 | (1) a Glock, model 19X, 9mm caliber pistol, bearing serial number BSLG460; and (2) a Glock, model 45, 9mm caliber pistol, bearing serial number BSAZ403 |
| 4/28/2021 | 7/16/2021 | a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66B495897 |
| 4/28/2021 | 7/23/2021 | a Glock, model 43X, 9mm caliber pistol, bearing serial number BSAR964 |
| 5/21/2021 | 7/7/2021 | two FN, model 509, 9mm caliber pistols, bearing serial numbers GKS0046685 and GKS0174104 |
| 5/21/2021 | 7/13/2021 | a Glock, model G43X, 9mm caliber pistol, bearing serial number BTTE206 |
| 6/3/2021 | 7/16/2021 | a Sig Sauer, model P365X, 9mm caliber pistol, bearing serial numbers 66B623035 |
| 7/30/2021 | 12/27/2021 | a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66B685226 |

| PURCHASE DATE | RE-SALE DATE | FIREARM(S) |
|---|---|---|
| Unknown | 9/6/2019 | (1) a Heckler & Koch, model P30, 9mm caliber pistol, bearing serial number 129078094; and (2) a Heckler & Koch, model VP9, 9mm caliber pistol, bearing serial number 224151002 |
| Unknown | 11/22/2019 | (1) an FN, model 509, 9mm caliber pistol, bearing serial number GKS0048822; and (2) a Sig Sauer, model P320-M17, 9mm caliber pistol, bearing serial number M17058536 |
| Unknown | 2/22/2021 | (1) a Smith and Wesson, model M&P 15, multi-caliber rifle, bearing serial number SR02118; (2) an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 18147116; (3) a Remington Arms Model, model 700, .308 caliber rifle, bearing serial number RR81635C; and (4) a Remington Arms Model, model 700, .223 caliber rifle, bearing serial number RR56458B |
| Unknown | 6/22/2021 | (1) a Sig Sauer, model P229, 9mm caliber pistol, bearing serial number AM127968; (2) a Remington Model, model 870, 12 gauge shotgun, bearing serial number A287637M; and (3) a Glock, model 17, 9mm caliber pistol, bearing serial number TDZ912 |
| Unknown | 7/15/2021 | a Sig Sauer, model P365X, 9mm caliber pistol, bearing serial number 66A990842 |
| Unknown | 7/16/2021 | (1) a Sig Sauer, model P365X, 9mm caliber pistol, bearing serial number 66B336500; (2) a Glock, model 43X, 9mm caliber pistol, bearing serial number BTTY676; and (3) a Smith & Wesson, model Shield, 9mm caliber pistol, bearing serial number RER0761 |
| Unknown | 8/30/2021 | a CZ, model Shadow 2, 9mm caliber pistol, bearing serial number F070388 |
| Unknown | 12/20/2021 | a Glock, model G19 Gen5, 9mm caliber pistol, bearing serial number BNKS912 |

11

| PURCHASE DATE | RE-SALE DATE | FIREARM(S) |
|---|---|---|
| Unknown | 12/22/2021 | a Sig Sauer, model P320, 9mm caliber pistol, bearing serial number 58A159837 |
| Unknown | 12/27/2021 | a Glock, model 43X, 9mm caliber, bearing serial number BNES590 |

A TRUE BILL

/s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
  Office

ANNE C. GANNON
Assistant United States Attorney
Santa Ana Branch Office